1  **SULAIMAN LAW GROUP**
   Alexander J. Taylor
2  2500 S. Highland Ave.
   Suite 200
3  Lombard, Illinois 60148
   Telephone: 331-307-7646
4  Direct Line: (630) 575 - 8188
   Email: ataylor@sulaimanlaw.com
5
   *Counsel for Plaintiff*
6

7

8               **UNITED STATES DISTRICT COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | JEREMY A. HALL, individually and on behalf of others similarly situated, | No. 5:24-cv-01822-JGB-RAO |
|---|---|
| Plaintiff, | **NOTICE OF RESOLUTION** |
| v. | |
| HAWX, LLC d/b/a HAWX PEST CONTROL, LLC, and JOHN DOES 1-10, | |
| Defendants. | |

18     Plaintiff Jeremy A. Hall ("Plaintiff"), for himself and on behalf of Defendant

19 Hawx, LLC d/b/a Hawx Pest Control, LLC (individually "Defendant," and together

20 with Plaintiff, the "Parties"), with Defendant's notice and permission, hereby informs

22 the Court that the Parties have reached a tentative individual (i.e., non-class) extra-

23 judicial resolution of all the Parties' differences and disputes in the above-captioned

24 matter. The Parties anticipate that a notice of voluntary dismissal will be filed in the next

26 sixty (60) days. In the meantime, the Parties respectfully request that the Court vacate

27 any and all pending deadlines (including but not limited to Defendant's responsive

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW

NOTICE OF RESOLUTION,
CASE NO. 5:24-CV-01822-JGB-RAO

pleading deadline on November 27, 2024, *see* Dkt. 12) and temporarily stay the case, and that the Court retain jurisdiction and not dismiss the matter, so that the Parties can finalize their resolution.

Dated: November 5, 2024    SULAIMAN LAW GROUP, LTD.

By: */s/ Alexander J. Taylor*
Alexander J. Taylor
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 5, 2024, a copy of the foregoing was electronically filed through the CM/ECF filing system, which will send electronic notification of the above filing to all registered users.

By: */s/ Alexander J. Taylor*
Alexander J. Taylor