**SULAIMAN LAW GROUP**
Alexander J. Taylor
2500 S. Highland Ave.
Suite 200
Lombard, Illinois 60148
Telephone: 331-307-7646
Direct Line: (630) 575 - 8188
Email: ataylor@sulaimanlaw.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY A. HALL, individually and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> HAWX, LLC d/b/a HAWX PEST CONTROL, LLC, and JOHN DOES 1- 10, <br><br> Defendants. | No. 5:24-cv-01822-JGB-RAO <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOW COMES the Plaintiff, JEREMY A. HALL, by through the undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismissing his claims against Defendant, HAWX, LLC d/b/a HAWX PEST CONTROL, LLC, and JOHN DOES 1- 10, with prejudice, with all parties to bear their own attorney's fees and costs.

| | | |
|---|---|---|
| Dated: | January 6, 2025 | SULAIMAN LAW GROUP, LTD. |
| | | By: */s/ Alexander J. Taylor* |
| | | Alexander J. Taylor |
| | | Counsel for Plaintiff |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 6, 2025, a copy of the foregoing was electronically filed through the CM/ECF filing system, which will send electronic notification of the above filing to all registered users.

By: */s/ Alexander J. Taylor*
Alexander J. Taylor